IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>**MIGUEL LESPIER VELAZQUEZ,**<br>aka "Miguelo", aka "Gelo", aka "Pelú"<br><br>Defendant. | INDICTMENT<br><br>Criminal No. 06-34 (DRD)<br><br>VIOLATIONS:<br><br>Title 21, United States Code,<br>§§ 841(a)(1),(b)(1)(A)(iii),<br>(b)(1)(B)(ii) and (B)(1)(B).<br><br>**(THREE COUNTS)** |

THE GRAND JURY CHARGES:

## COUNT ONE

On or about February 3, 2005, in the District of Puerto Rico, and elsewhere within the jurisdiction of this Court,

**MIGUEL LESPIER VELAZQUEZ,**
aka "Miguelo", aka "Gelo", aka "Pelú"

the defendant herein, did knowingly and intentionally, possess with intent to distribute fifty (50) grams or more of a mixture or substance containing a detectable amount of cocaine base, a Schedule II Narcotic Drug Controlled Substance. All in violation of Title 21, United States Code, §841(a)(1) and (b)(1)(A)(iii).

## COUNT TWO

On or about February 3, 2005, in the District of Puerto Rico, and elsewhere within the jurisdiction of this Court,

**MIGUEL LESPIER VELAZQUEZ,**
aka "Miguelo", aka "Gelo", aka "Pelú"

the defendant herein, did knowingly and intentionally posses with intent to distribute five-hundred (500) grams or more of a mixture or substance containing a detectable amount of

**INDICTMENT**
U.S. v. Miguel Lespier Velazquez
page 2

cocaine, a Schedule II Narcotic Drug Controlled Substance. All in violation of Title 21 United States Code, § 841(a)(1) and (b)(1)(B)(ii).

### COUNT THREE

On or about February 3, 2005, in the District of Puerto Rico, and elsewhere within the jurisdiction of this Court,

**MIGUEL LESPIER VELAZQUEZ,**
**aka "Miguelo", aka "Gelo", aka "Pelú"**

the defendant herein, did knowingly and intentionally possess with intent to distribute fifty (50) grams or more of a mixture or substance containing a detectable amount of heroine, a Schedule I Narcotic Drug Controlled Substance. All in violation of Title 21 United States Code, § 841(a)(1) and (b)(1)(B)

**TRUE BILL**

FOREPERSON

DATED: Feb/1/06

H.S. GARCIA
UNITED STATES ATTORNEY

Nereida Meléndez-Rivera
Assistant U.S. Attorney
Deputy Chief, Criminal Division

Sonia I. Torres
Assistant U.S. Attorney
Chief, Criminal Division

Dina Avila-Jiménez
Assistant U.S. Attorney
Dated: