UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| Vs. | *    06-CR-034-01    (DRD) |
| | * |
| LESPIER-VELAZQUEZ, Miguel A. | * |

## O R D E R

By the Order of the Honorable Daniel R. Domínguez, United States District Court Judge, the pre-sentence investigation report is hereby returned to the U.S. Probation Office.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, this May 24, 2010.

FRANCES RIOS DE MORAN
Clerk of the Court

By: Felix Toledo
Interpreter/Deputy Clerk

**ACKNOWLEDGMENT:**

I hereby acknowledge receipt of the pre-sentence investigation report

on _____

Eustaquio Babilonia
Chief U.S. Probation Officer

By: _____